**96–2626.   State ex rel. Silva v. Court of Common Pleas of Henry Cty.**

In Procedendo.   *Sua Sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2632.   Robinson v. Mengel.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
COOK, J., dissents.

**96–2675.   State ex rel. Spillman v. Franklin Cty. Prosecutor's Office.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2696.   State ex rel. Rogers v. Sutula.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2711.   State ex rel. Justice v. Reece.**

In Mandamus and Prohibition.   On motion to dismiss or motion for summary judgment, and on motion to amend complaint.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2721.   State ex rel. Pena v. Court of Common Pleas of Lucas Cty.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2735.   State ex rel. Timson v. Herbert.**

In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2754.   Humphrey v. Brigano.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2794.   McMillan v. State.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2858.   Lemaster v. Wingard.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.